```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

**UNITED STATES OF AMERICA,**

    - against -                    13cr819 (JGK)

**JAM'MSID JOHNSON.,**              **ORDER**

       **Defendant.**

**JOHN G. KOELTL, District Judge:**

The Teleconference scheduled for April 20, 2020 is adjourned to May 1, 2020, at a time to be determined, subject to rescheduling. By April 15, 2020, the parties should advise the Court if there is an urgent need for an earlier date, keeping in mind the difficulties of producing defendants at this time. The parties should also advise the Court of the status of the Georgia proceedings involving the defendant and the status of any quarantine affecting the defendant.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **April 9, 2020**       \_\_\_\_/s/ John G. Koeltl_____
                                                 **John G. Koeltl**
                                  **United States District Judge**