**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————

**UNITED STATES OF AMERICA**

      - against -                  13 Cr. 819 (JGK)

**JAH'MSID JOHNSON,**                  <u>**ORDER**</u>

        **Defendant.**
————————————————————

**JOHN G. KOELTL, District Judge:**

The Government should advise the Court promptly as to the quarantine status of the defendant. The time for the defendant's proposed plea and possible sentence will be May 1, 2020 at 12:00 PM.

**SO ORDERED.**

**Dated:**    New York, New York
            April 16, 2020               /s/ John G. Koeltl
                                                   John G. Koeltl
                                          **United States District Judge**