UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA

                -against-

JAH'MSID JOHNSON,
                              Defendant.
-----------------------------------------------------X

13 cr 819-02 (JGK)

**ORDER**

It is hereby ordered that the defendant, Jah'Msid Johnson, having been sentenced to time served, is hereby ordered released, pending no detainers, from the Bureau of Prisons and the United States Marshal.

**SO ORDERED.**

Dated: New York, New York
       May 4, 2020

                                                /s/ John G. Koeltl
                                           **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**